| Date | Pleading Number | |
|---|---|---|
| 6/7/76 | 1. | MOTION w/SUPPORTING BREIF -- Empresas Longoria,S.A., A. Frederico Longoria, Shelby Longoria, Eduardo Longoria, and Alfredo Longoria -- Schedule A and proof of service of involving counsel and clerks of court |
| | | REQUESTED TRANSFEREE FORUM: Northern District of Texas (Dallas Division) |
| | | REQUESTED TRANSFEREE JUDGE: Judge Sarah T. Hughes |
| 6/16/76 | | APPEARANCES -- Robert Lee Bobbitt for: EMPRESAS LONGORIA, S.A. SHELBY LONGORIA EDUARDO LONGORIA ALFREDO LONGORIA Bailey Lang for: OCTAVIANO L. LONGORIA |
| 6/22/76 | 2 | RESPONSE --OCTAVIANO L. LONGORIA w/cert of service |
| 6/23/76 | 3 | RESPONSE -- BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSN. w/cert. of service |
| 6/24/76 | 4 | SUPPLEMENTAL RESPONSE (CORRECTED COPIES FOR PLEADING NO. 2) OCTAVIANO L. LONGORIA w/cert. of service |
| 6/30/76 | 5 | REPLY BRIEF -- MOVANTS w/cert. of service |
| 7/2/76 | | HEARING ORDER -- Setting A1 and A-2 for hearing, July 23, 1976 Chicago, Illinois |
| 7/2/76 | 6 | RESPONSE (Supplement) -- OCTAVIANO L. LONGORIA w/cert. of service |
| 7/21/76 | 7 | SUPPLEMETATION TO MOTION by Petitioners w/ cert. of service |
| 8/23/76 | 8 | SUPPLEMENTAL RESPONSE -- OCTAVIANO L. LONGORIA w/cert of service |
| 8/27/76 | 9 | SUPPLEMENTAL RESPONSE -- FEDERICO LONGORIA w/cert. of service |
| 1/21/77 | 10 | SUPPLEMENTAL RESPONSE -- MOVANTS w/cert. of service |
| 4/13/77 | | OPINION AND ORDER -- Transferring A-1 to be consolidated with A-2 in the Northern District of Texas for coordinated or consolidated pretrial proceedings, pursuant to 28 U.S.C. §1407. |
| 4/13/77 | | CONSENT OF TRANSFEREE COURT -- Assigning litigation to the Honorable Sarah T. Hughes for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. |
| 8/12/77 | | B-1 Octaviano L. Longoria v. Federico A. Longoria, et al., S.D.Texas C.A. No. L-77-41 --CTo filed today. Notified counsel, involved judges. |
| 8/29/77 | | B-1 Octaviano L. Longoria v. Federico A.Longoria, et al., S.D.TEX., C.A. No. L-77-41 CTO FINAL TO DAY. NOTIFIED INVOLVED CLERKS AND JUDGES. |
| 6/26/78 | | A-1 Empresas Longoria, S.A., et al. v. Bank of America, N.D. Texas, C.A. No. CA3-77-0514-B JUDGE HUGHES' SUGGESTION TO REMAND THE ABOVE ACTION BACK TO THE NORTHERN DISTRICT OF CALIFORNIA |
| 6/26/78 | | A-1 Empresas Longoria, S.A., et al. v. Bank of America, N.D. Texas, C.A. No. CA3-77-0514-B CONDITIONAL REMAND ORDER FILED TODAY -- Notified involved judges and counsel (cds) |
| 7/12/78 | | A-1 Empresas Longoria, S.A., et al. v. Bank of America, N.D. Texas, C.A. No. CA3-77-0514-B CONDITIONAL REMAND ORDER FINAL TODAY -- Notified clerks (cds) |

## Description of Litigation

### IN RE OWNERSHIP OF LONGORIA BANK DEPOSITS LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) 7/23/76

Date(s) of Opinion(s) or Order(s) 4/13/77

Consolidation Ordered ____   Name of Transferee Judge __Sarah T. Hughes__

Consolidation Denied ____   Transferee District __Northern District of Texas__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Empresas Longoria, S.A., a corporation v. Bank of America, et al. | N.D.Cal. | C-76-731-RFP | 4/3/77 | CA3-77-0514B | 7/12/78 Rem. | |
| A-2 | Octoviano L. Longoria v. Republic National Bank of Dallas | N.D.Tex. Hughes | CA3-75-0567-B | | | 10/2/78 | |
| B-1 | Octaviano L. Longoria v. Federico A. Longoria, et al. 8/12/77 | S.D.Tex. O'Conor | L-77-41 | 8/29/77 | CA3-77-1175 | Transfered to St Ct | |

July 1979 Closed

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 260 -- IN RE OWNERSHIP OF LONGORIA BANK DEPOSITS LITIGATION

| ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|
| EMPRESAS LONGORIA, S. A.<br>A. FREDERICO LONGORIA<br>SHELBY LONGORIA<br>EDUARDO LONGORIA<br>ALFREDO LONGORIA<br>Robert Lee Bobbitt, Jr. Esquire<br>Brite, Drought, Bobbitt & Halter<br>1600 Frost Bank Tower<br>San Antonio, Texas   78205<br><br>OCTAVIANO L. LONGORIA<br>George Link, Esq.<br>Brobeck, Phleger & Harrison<br>111 Sutter Street<br>San Francisco, Cal. 94104<br><br>J. G. Hornberger, Sr., Esquire   (B-1)<br>915 Victoria Street<br>Laredo, Texas   78040 | BANK OF AMERICA<br>Sue M. Dickerson, Esq.<br>Bank of America Center<br>Post Office Box 37000<br>San Francisco, CA   94137<br><br>LILIA L. SLAUGHTER.ET AL.<br>Lawrence A. Mann, Esquire<br>Mann, Cronfel & Person<br>Post Office Box 880<br>Laredo, Texas   78040<br><br>FEDERICO LONGORIA, JR.<br>RICHARD LONGORIA<br>HUGH T. YATES<br>SAM YATES<br>THOMAS YATES<br>  Robert Lee Bobbitt, Jr.<br>  (Same as above)<br><br>Horace C. Hall, III, Esquire<br>Hall and Zaffirini<br>511 Sames-Moore Building<br>Laredo, Texas   78040 |